# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,

       Plaintiff,                            Case Nos. 6:16-cv-413-Orl-37GJK

v.

NICOR, INC.

       Defendant.
_____/

## COUNSEL'S RESPONSE TO ORDER
## TO SHOW CAUSE DATED JUNE 20, 2016

COMES NOW, Plaintiff, Lighting Science Group Corporation ("Plaintiff") and files its response to the Order to Show Cause dated June 20, 2016, and states:

On March 10, 2016, Plaintiff filed its Complaint (Doc. 1) against Nicor, Inc. ("Defendant") for patent infringement, and Defendant waived service of a summons (Doc. 11). The Request for Wavier of Service was sent to Defendant on March 10, 2016, therefore, the due date for Defendant to file and serve an answer or a motion under Rule 12 was May 10, 2016. Defendant filed two (2) unopposed motions for extensions of time to file a responsive pleading which were subsequently granted by the Court; one extension to May 24, 2016 (Doc. 15) and the other extension to June 7, 2016 (Doc. 20). The Parties were engaged in settlement negotiations during the extension periods. Nonetheless, the Defendant failed to file a responsive pleading on or before June 7, 2016.

This Court filed an Order to Show Cause on June 21, 2016, as to why this Court should not

dismiss this case for lack of prosecution, i.e. why Plaintiff did not file a motion for entry of clerk's default.  Upon receipt of the Order to Show Cause, the undersigned contacted counsel for Defendant, Alberto Leon, Esquire, requesting that a responsive pleading be filed, to avoid unnecessary motion practice.  On June 22, 2016, Defendant filed its Answer, Affirmative Defenses and Counterclaims.  Additionally, the Parties have been discussing the proposed Case Management Plan and have scheduled the Case Management Conference for July 1, 2016.  Plaintiff is actively prosecuting its claims.

For the reasons stated above, Plaintiff respectfully requests that this Court not dismiss this case for lack of prosecution, and for all other relief just and proper in the premises.

Dated: June 27, 2016.

　　　　　　　　　　　　　　　　　　　　　/s/ Mark F. Warzecha
　　　　　　　　　　　　　　　　　　　　　Mark F. Warzecha, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0095779
　　　　　　　　　　　　　　　　　　　　　**WIDERMAN MALEK, PL**
　　　　　　　　　　　　　　　　　　　　　1990 W. New Haven Avenue, Suite 201
　　　　　　　　　　　　　　　　　　　　　Melbourne, Florida 32904
　　　　　　　　　　　　　　　　　　　　　Telephone:   321-255-2332
　　　　　　　　　　　　　　　　　　　　　Facsimile:   321-255-2351
　　　　　　　　　　　　　　　　　　　　　MFW@USLegalTeam.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.   I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Mark F. Warzecha*
                                          Mark F. Warzecha