**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                                     Case No. 6:16-cv-338-Orl-37GJK

SEA GULL LIGHTING PRODUCTS,
LLC; and GENERATION BRANDS,
LLC,

        Defendant

---

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                                     Case No. 6:16-cv-413-Orl-37GJK

NICOR, INC.,

        Defendant

---

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                                     Case No. 6:16-cv-1087-Orl-37GJK

AMERICAN DE ROSA LAMPARTS,
LLC,

        Defendant

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                                             Case No. 6:16-cv-1255-Orl-37GJK

TECHNICAL CONSUMER PRODUCTS,
INC.,

        Defendant,

---

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                                             Case No. 6:16-cv-1256-Orl-37GJK

SATCO PRODUCTS, INC.,

        Defendant

---

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

v.                                             Case No. 6:16-cv-1321-Orl-37GJK

AMAX LIGHTING,

        Defendant

---

**ORDER**

The six patent infringement actions identified above ("**Related Actions**") are before the Court upon consideration of the parties' Joint Report Regarding Consolidation, filed February 8, 2017.

In their Joint Notice, the parties advise that: (1) they agree to consolidation of these Related Action for purposes of discovery and claim construction only; (2) they agree to new deadlines for a claim construction hearing and additional limited briefing; (3) they agree to further consolidation and coordination of deadlines, but disagree as to the precise dates that should be used; (4) the Patent and Trademark Office instituted *inter partes* review ("***IP* Review**") of two of the three Patents-in-Suit—Patent Number 8,201,968 ("**'968 Patent**") and Patent Number 8,967,844 ("**'844 Patent**"); and (5) they anticipate that a motion to stay will be filed as a result of the pending IP Review. (*See* Doc. 52.) Upon consideration, the Court agrees to the parties' proposed briefing plan and schedule for claim construction matters and further agrees that cause exists to consider all twelve disputed terms identified in the Joint Notice. The Court further finds that any motion to stay must be promptly filed, and remaining deadlines should not be set until the Court has an opportunity to consider the stay issue.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) The Related Actions are consolidated for purposes of discovery and claim construction.

(2) The parties have established cause for departure from the Court's claim construction limit; thus, the Court will construe the 12 claims identified by the parties in their Joint Notice.

(3) The current deadlines set in the Case Management and Scheduling Orders for each of the Related Cases are terminated.

(4) A joint Claim Construction Hearing is set for **9:00 a.m.** on Friday, **June 16, 2017**.

(5) On or before **May 1, 2017**, the Defendants (other than Sea Gull Lighting Products, LLC and Generation Brands, LLC) are **DIRECTED** to file their Joint Supplemental Claim Construction Brief, which shall be no more than 25 pages long.

(6) On or before **May 15, 2017**, the parties are **DIRECTED** to file their Pre-Hearing Statement.

(7) Any motion to stay related to the *inter partes* proceeding pending in the PTO shall be filed no later than Monday, **February 27, 2017**.

(8) If a motion to stay is timely filed in accordance with this Order, then Plaintiff shall file its response (if any) no later than Friday, **March 10, 2017**.

(9) After consideration of any motion to stay and response thereto, the Court will enter an Order setting new coordinated deadlines for trial and pre-trial proceedings in the Related Actions.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 9, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record