**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br>v.<br><br>NICOR, INC.,<br><br>Defendant. | Case No. 6:16-cv-413-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br>v.<br><br>AMERICAN DE ROSA LAMPARTS, LLC,<br><br>Defendant. | Case No. 6:16-cv-1087-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br>v.<br><br>TECHNICAL CONSUMER PRODUCTS, INC.,<br><br>Defendant. | Case No. 6:16-cv-1255-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SATCO PRODUCTS, INC.,<br><br>Defendant. | Case No. 6:16-cv-1256-Orl-37GJK |

| LIGHTING SCIENCE GROUP CORPORATION,<br><br>Plaintiff,<br>v.<br><br>AMAX LIGHTING,<br><br>Defendant. | Case No. 6:16-cv-1321-Orl-37GJK |
|---|---|

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SHORT REPLY IN SUPPORT OF MOTION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW AND INCORPORATED MEMORANDUM IN SUPPORT**

Pursuant to Local Rule 3.01(d), Defendants respectfully move this Court for leave to file a short reply brief of no more than five pages in support of their Motion to Stay proceedings in the five above-captioned cases pending final written decisions on *inter partes* reviews ("IPR") of the patents-in-suit by the U.S. Patent Trial and Appeal Board ("PTAB"). Defendants in good faith assert that a reply brief is necessitated by the fact that Plaintiff Lighting Science Group Corp. ("LSG") settled a few days ago with a defendant who was party to this motion and that had filed IPR petitions as to two of the three patents-in-suit. The PTAB has already granted these petitions and instituted IPR proceedings. Presumably, the settlement was intended to remove the instituted IPRs from consideration in Defendants' motion to stay.[1]

If granted leave for a short reply brief, Defendants will demonstrate that a stay is warranted despite LSG's settlement, which occurred just before its opposition to Defendants' motion to stay was due. Among the bases are the fact that (i) PTAB is not required to dismiss its proceedings because it is not a party to LSG's settlement and it has denied dismissal in previous cases, (ii) the additional petitions for IPRs that Defendants will be filing must be filed

[1] At the time of this motion, the PTAB dockets for the two IPR proceedings (IPR2016-01478 and IPR2016-01546) do not reflect any dismissal.

soon in order to be timely, as one of the Defendant's bar date is quickly approaching on April 18, 2017, and (iii) they are virtually certain to be successful because they will be based, at a minimum, on the same grounds that the PTAB has already determined show a "reasonable likelihood" of invalidating the challenged claims. Because LSG has not addressed several of the arguments Defendants made in the Motion to Stay (*e.g.*, that LSG has not sought injunctive relief or otherwise moved with alacrity, making a delay in any proceedings that would remain after the IPRs not unduly prejudicial to LSG), Defendants will not address such arguments in the short reply brief.

Based on the foregoing, Defendants respectfully request leave to address only certain specific points as a result of and as necessitated by LSG's recent action taken since the filing of the Motion to Stay Proceedings, in a short reply brief of no more than five pages to be filed within ten days of an Order granting such leave and such other and further relief the Court deems just and proper.

Dated: March 14, 2017

**LOCAL RULE 3.01(g) CERTIFICATION**

On March 14, 2017, counsel for TCP, Stacie Hartman (on behalf of all Defendants for this purpose), contacted counsel for Plaintiff, Mark Warzecha, who stated that Plaintiff consents to the relief requested herein.


| **Counsel for Defendant Nicor, Inc.** | **Counsel for Defendant American De Rosa Lamparts, LLC** |
|---|---|
| /s/ *Richard Krukar*<br>Richard Krukar (*pro hac vice*)<br>ORTIZ & LOPEZ PLLC<br>117 Bryn Mawr Dr. S.E.<br>Albuquerque, NM 87111<br>Tel: (505) 314-1310<br>krukar@olpatentlaw.com | /s/ *Kyle E. Hart*<br>Kyle E. Hart (admitted *pro hac vice*)<br>FABYANSKE, WESTRA, HART & THOMSON, P.A.<br>333 South 7th Avenue, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 359-7600<br>khart@fwhtlaw.com |

<table>
<tr>
<td>Alberto A. León, FL Bar No. 0169870<br>LAW OFFICE OF STEWART A. MERKIN, P.A.<br>(Of Counsel)<br>174 N.E. 96th St.<br>Miami, Florida 33138<br>Tel: (305) 357-5556</td>
<td>John H. Rains III (Florida Bar #280283)<br>501 E. Kennedy Blvd., Suite 750<br>Tampa, FL 33602-5239<br>Tel: (813) 221-2777<br>jrains@johnrains.com</td>
</tr>
<tr>
<td>Counsel for Defendant Technical Consumer Products, Inc.<br><br>/s/ James S. Toscano<br>James S. Toscano<br>Florida Bar No. 899909<br>LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.<br>215 North Eola Drive<br>Post Office Box 2809<br>Orlando, Florida 32802-2809<br>Tel: (407) 843-4600<br><br>Stacie R. Hartman (pro hac vice)<br>Jason Harp (pro hac vice)<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 258-5607<br>shartman@schiffhardin.com<br>jharp@schiffhardin.com</td>
<td>Counsel for Defendant Satco Products, Inc.<br><br>/s/ Timothy M. Nitsch<br>Robert S. Rigg (pro hac vice)<br>Timothy M. Nitsch (pro hac vice)<br>VEDDER PRICE P.C.<br>222 N. LaSalle St., Suite 2600<br>Chicago, Illinois 60601<br>Tel: (312) 609-7500<br>rrigg@vedderprice.com<br>tnitsch@vedderprice.com<br><br>Robert Lynn<br>Stephen Livingston<br>LYNN, GARTNER, DUNNE & COVELLO, LLP<br>330 Old Country Road, Suite 103<br>Mineola, New York 11501<br>rplynn@lgdcllp.com<br>swlivingston@lgdcllp.com</td>
</tr>
<tr>
<td>Counsel for Defendant Amax Lighting<br><br>/s/ Tommy Songfong Wang<br>Tommy Songfong Wang (pro hac vice)<br>California Bar No. 272409<br>Leontyne Fan (pro hac vice)<br>California Bar No. 285042<br>WANG IP LAW GROUP, P.C.<br>18645 E. Gale Ave., Suite 205<br>Industry, CA 91748<br>Tel.: (888) 827-8880<br>twang@TheWangIPLaw.com<br>lfan@TheWangIPLaw.com<br><br>Garrett A. Barten<br>Elissa A. Tisdah<br>CHRISTOPHER & WEISBERG, P.A.</td>
<td></td>
</tr>
</table>

| 200 East La Olas Blvd., Suite 2040<br>Fort Lauderdale, FL 33301<br>Tel.: (954) 828-1488<br>Email: gbarten@cwiplaw.com<br>Email: etisdahl@cwiplaw.com | |
|---|---|



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2017, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

*/s/ Richard Krukar*
Richard Krukar, Esq.