**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil A. No. 6:16-cv-413-Orl-RBD-GJK |
| NICOR, INC. | ) ) ) | |
| Defendant. | ) | |
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil A. No. 6:16-cv-1087-Orl-RBD-GJK |
| AMERICAN DE ROSA LAMPARTS, LLC | ) ) ) | |
| Defendant. | ) | |
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil A. No. 6:16-cv-1256-Orl-RBD-GJK |
| v. | ) ) | |
| SATCO PRODUCTS, INC. | ) ) | |
| Defendant. | ) | |
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil A. No. 6:16-cv-1255-Orl-RBD-GJK |
| TECHNICAL CONSUMER PRODUCTS, INC. | ) ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMAX LIGHTING | ) ) ) |
| Defendant. | ) |

Civil A. No. 6:16-cv-1321-Orl-RBD-GJK

**UNOPPOSED MOTION FOR LEAVE TO FILE SHORT SURREPLY IN SUPPORT OF OPPOSITION TO MOTION TO STAY LITIGATION PENDING INTER PARTES REVIEW AND INCORPORATED MEMORANDUM OF LAW IN OPPOSITION**

Pursuant to Local Rule 3.01(d), Plaintiff respectfully moves this Court for leave to file a short surreply brief of no more than five pages in opposition of Defendants' Motion to Stay proceedings (*Nicor* Dkt. 86) in the five above-captioned cases. Plaintiff in good faith asserts that a surreply brief is necessitated by the fact that the U.S. Patent Trial and Appeal Board ("PTAB") dismissed *Inter Partes* Review proceedings Nos. IPR2016-01478 and IPR2016-01546 (collectively, the "IPR proceedings"), directed to U.S. Patent Nos. 8,201,968 (the "'968 Patent") and 8,967,844 (the "'844 Patent") respectively. Plaintiff previously submitted a memorandum in opposition to the Motion to Stay proceedings (*Nicor* Dkt. 87), but at that time the decision to terminate the IPR proceedings had not been made.

In light of this change, as well as Defendants' arguments in support of staying proceedings over this change, Plaintiff respectfully requests leave to address only certain specific points raised by Defendants in their reply brief (*Nicor* Dkt. 91), as a result of and as necessitated by the termination of the IPR proceedings, in a short reply brief of no more

than five pages to be filed within ten days of an Order granting such leave and such other and further relief the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

On March 31, 2017, counsel for Plaintiff, Mark Warzecha, contacted counsel for TCP, Stacie Hartman (on behalf of all Defendants for this purpose), who stated that Defendants consent to the relief requested herein.

DATED: March 31, 2017                Respectfully submitted,

*/s/Mark F. Warzecha*
Mark F. Warzecha
Florida Bar No. 0095779
Daniel C. Pierron
Florida Bar No. 98732
**WIDERMAN MALEK, PL**
1990 West New Haven Ave., Suite 201
Melbourne, FL 32904
Phone: (321) 255-2332
Fax: (321) 255-2351
MFW@uslegalteam.com
DPierron@uslegalteam.com
**Attorneys for Lighting Science Group Corporation**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 31, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Mark F. Warzecha*
                                              Mark F. Warzecha