# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>                Plaintiff,<br>    v.<br>NICOR, INC.,<br><br>                Defendant. | Case No. 6:16-cv-413-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>                Plaintiff,<br>    v.<br><br>TECHNICAL CONSUMER PRODUCTS, INC.,<br><br>                Defendant. | Case No. 6:16-cv-1255-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>                Plaintiff,<br>    v.<br><br>AMAX LIGHTING,<br>                Defendant. | Case No. 6:16-cv-1321-Orl-37GJK |

## DEFENDANTS' NOTICE OF FILING PETITIONS FOR *INTER PARTES* REVIEW

Defendants in the above-captioned cases provide notice to this Court, as indicated in their Motion to Stay (Dkt. No. 86), of their having filed a petition yesterday with the U.S. Patent Trial and Appeal Board ("PTAB") for *inter partes* review of the patents-in-suit. These petitions are based on the same grounds as those on which the PTAB already instituted proceedings as to U.S. Patent Nos. 8,201,968 and 8,967,844 and adds additional grounds as to the third patent-in-suit, U.S. Patent No. 8,672,518, which stems from the same provisional patent.

Dated: April 18, 2017

| **Counsel for Defendant Nicor, Inc.** | **Counsel for Defendant Technical Consumer Products, Inc.** |
|---|---|
| /s/ Richard Krukar<br>Richard Krukar (*pro hac vice*)<br>ORTIZ & LOPEZ PLLC<br>117 Bryn Mawr Dr. S.E.<br>Albuquerque, NM 87111<br>Tel: (505) 314-1310<br>krukar@olpatentlaw.com<br><br>Alberto A. León, FL Bar No. 0169870<br>LAW OFFICE OF STEWART A. MERKIN, P.A.<br>(Of Counsel)<br>174 N.E. 96th St.<br>Miami, Florida 33138<br>Tel: (305) 357-5556 | /s/ James S. Toscano<br>James S. Toscano<br>Florida Bar No. 899909<br>LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.<br>215 North Eola Drive<br>Post Office Box 2809<br>Orlando, Florida 32802-2809<br>Tel: (407) 843-4600<br><br>Stacie R. Hartman (*pro hac vice*)<br>Jason Harp (*pro hac vice*)<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 258-5607<br>shartman@schiffhardin.com<br>jharp@schiffhardin.com |
| **Counsel for Defendant Amax Lighting**<br><br>/s/ Tommy Songfong Wang<br>Tommy Songfong Wang (*pro hac vice*)<br>California Bar No. 272409<br>Leontyne Fan (*pro hac vice*)<br>California Bar No. 285042<br>WANG IP LAW GROUP, P.C.<br>18645 E. Gale Ave., Suite 205<br>Industry, CA 91748<br>Tel.: (888) 827-8880<br>twang@TheWangIPLaw.com<br>lfan@TheWangIPLaw.com<br><br>Garrett A. Barten<br>Elissa A. Tisdah<br>CHRISTOPHER & WEISBERG, P.A.<br>200 East La Olas Blvd., Suite 2040<br>Fort Lauderdale, FL 33301<br>Tel.: (954) 828-1488<br>Email: gbarten@cwiplaw.com<br>Email: etisdahl@cwiplaw.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2017, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

/s/ Richard Krukar
Richard Krukar