UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>                    Plaintiff,<br>          v.<br>NICOR, INC.,<br><br>                    Defendant. | Case No. 6:16-cv-413-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>                    Plaintiff,<br>          v.<br><br>TECHNICAL CONSUMER PRODUCTS, INC.,<br><br>                    Defendant. | Case No. 6:16-cv-1255-Orl-37GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>                    Plaintiff,<br>          v.<br><br>AMAX LIGHTING,<br><br>                    Defendant. | Case No. 6:16-cv-1321-Orl-37GJK |

**STATUS REPORT**

Plaintiff and Defendants in the above-captioned cases provide notice, pursuant to this Court's Order staying this litigation (Dkt. No. 98), of the status of their petition for *inter partes* review of the patents-in-suit filed on April 17, 2017 and any settlement discussions. Defendants filed their petition with the U.S. Patent Trial and Appeal Board on April 17, 2017, and LSG's response is due August 5, 2017. The parties have not engaged in settlement discussions since the filing of Defendants' petition and do not, at this time, request assistance from the Court to

facilitate any such discussions.

Dated: June 22, 2017

| **Counsel for Plaintiff Lighting Science Group** | **Counsel for Defendant Nicor, Inc.** |
|---|---|
| /s/  Mark Warzecha | /s/  Richard Krukar |
| Mark F. Warzecha | Richard Krukar (*pro hac vice*) |
| Florida Bar No. 0095779 | ORTIZ & LOPEZ PLLC |
| WIDERMAN MALEK | 117 Bryn Mawr Dr. S.E. |
| 1990 West New Haven Ave, Suite 201 | Albuquerque, NM 87111 |
| Melbourne, FL 32904 | Tel: (505) 314-1310 |
| Phone: (321) 255-2332 | krukar@olpatentlaw.com |
| Fax: (321) 255-2351 | |
| mfw@uslegalteam.com | Alberto A. León, FL Bar No. 0169870 |
| | LAW OFFICE OF STEWART A. MERKIN, P.A. (Of Counsel) |
| | 174 N.E. 96th St. |
| | Miami, Florida 33138 |
| | Tel: (305) 357-5556 |
| **Counsel for Defendant Technical Consumer Products, Inc.** | **Counsel for Defendant Amax Lighting** |
| /s/ James S. Toscano | /s/ Tommy Songfong Wang |
| James S. Toscano | Tommy Songfong Wang (*pro hac vice*) |
| Florida Bar No. 899909 | California Bar No. 272409 |
| LOWNDES, DROSDICK, DOSTER KANTOR & REED, P.A. | Leontyne Fan (*pro hac vice*) |
| 215 North Eola Drive | California Bar No. 285042 |
| Post Office Box 2809 | WANG IP LAW GROUP, P.C. |
| Orlando, Florida 32802-2809 | 18645 E. Gale Ave., Suite 205 |
| Tel: (407) 843-4600 | Industry, CA 91748 |
| | Tel.:  (888) 827-8880 |
| Stacie R. Hartman (*pro hac vice*) | twang@TheWangIPLaw.com |
| Jason Harp (*pro hac vice*) | lfan@TheWangIPLaw.com |
| SCHIFF HARDIN LLP | |
| 233 South Wacker Drive | Garrett A. Barten |
| Chicago, IL 60606 | Elissa A. Tisdah |
| Tel: (312) 258-5607 | CHRISTOPHER & WEISBERG, P.A. |
| shartman@schiffhardin.com | 200 East La Olas Blvd., Suite 2040 |
| jharp@schiffhardin.com | Fort Lauderdale, FL 33301 |
| | Tel.: (954) 828-1488 |
| | Email: gbarten@cwiplaw.com |
| | Email: etisdahl@cwiplaw.com |

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 22nd day of June, 2017, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

<u>/s/ Richard Krukar</u>
Richard Krukar
