**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>  Plaintiff,<br>  v.<br><br>NICOR, INC.,<br>  Defendant. | Case No. 6:16-cv-413-Orl-RBD-GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>  Plaintiff,<br>  v.<br><br>TECHNICAL CONSUMER PRODUCTS, INC.,<br>  Defendant. | Case No. 6:16-cv-1255-Orl-RBD-GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>  Plaintiff,<br>  v.<br><br>AMAX LIGHTING,<br>  Defendant. | Case No. 6:16-cv-1321-Orl-RBD-GJK |

**STATUS REPORT**

Plaintiff and Defendants in the above-captioned cases provide notice, pursuant to this Court's Order staying this litigation (Dkt. Nos. 98, 62, and 55, respectively, as listed in the above caption), of the status of Defendants' petitions for *inter partes* review of the patents-in-suit filed on April 17, 2017 and any settlement discussions.

This Status Report is to replace the December 17, 2018 Status Report (Dkt. Nos. 115, 78, and 72, respectively, as listed in the above caption), which was filed in error.

Final written decisions for the Defendants' petitions in the U.S. Patent Trial and Appeal Board were entered on October 31, 2018, as previously noted to the Court (*see* Dkt. Nos. 112, 77, and 71, respectively, as listed in the above caption). On January 2, 2019, the Defendants filed Notices of Appeal with the Court of Appeals for the Federal Circuit regarding the remaining asserted claims of the '844 and '968 patents (the asserted claims of the '518 patent were all invalidated, and no appeal was filed as to them).

Certain parties have engaged in settlement discussions since the filing of Defendants' petitions and do not, at this time, request assistance from the Court to facilitate any such discussions.

Dated: January 29, 2019

| **Counsel for Plaintiff**<br>**Lighting Science Group Corporation** | **Counsel for Defendant Nicor, Inc.** |
|---|---|
| /s/ *Mark Warzecha*<br>Mark F. Warzecha Florida<br>Bar No. 0095779<br>WIDERMAN MALEK<br>1990 West New Haven Avenue<br>Second Floor<br>Melbourne, Florida 32904<br>(321) 255-2332 - Phone<br>(321) 255-2351 - Facsimile<br>mfw@uslegalteam.com | /s/ *Richard Krukar*<br>Richard Krukar (*pro hac vice*) ORTIZ & LOPEZ PLLC<br>117 Bryn Mawr Dr.,<br>S.E. Albuquerque, NM 87111<br>Tel: (505) 314-1310<br>krukar@olpatentlaw.com<br><br>Alberto A. Leon, FL Bar No. 0169870<br>LAW OFFICE OF STEWART A. MERKIN, P.A.<br>(Of Counsel)<br>174 N.E. 96th Street<br>Miami, FL 33138<br>Tel: (305) 357-5556 |
| **Counsel for Defendant Technical Consumer Products, Inc.** | **Counsel for Defendant Amax Lighting** |
| /s/ *James S. Toscano*<br>James S. Toscano Florida<br>Bar No. 899909<br>LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.<br>215 North Eola Drive<br>Post Office Box 2809<br>Orlando, Florida 32802-2809<br>Tel: (407) 843-4600 | /s/ *Tommy Songfong Wang*<br>Tommy Songfong Wang (*pro hac vice*)<br>California Bar No. 272409<br>Leontyne Fan (*pro hac vice*)<br>California Bar No. 285042<br>WANG IP GROUP, P.C.<br>18645 E. Gale Ave., Suite 2015<br>Industry, California 91748<br>Tel: (888) 827-8880 |

Stacie R. Hartman (*pro hac vice*)
Jason Harp (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5607
shartman@schiffhardin.com
jharp@schiffhardin.com

twang@TheWangIPLaw.com
lfan@TheWangIPLaw.com

Garrett A. Barten
Elissa A. Tisdah
CHRISTOPHER & WEISBERG, P.A.
200 East La Oles Blvd., Suite 2040 Fort Lauderdale, Florida 33301
gbarten@cwiplaw.com
etisdahl@cwiplaw.com

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this January 29, 2019, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

               */s/ Mark F. Warzecha*
               Mark F. Warzecha, Esq.