# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>    Plaintiff,<br> v.<br>NICOR, INC.,<br><br>    Defendant. | Case No. 6:16-cv-413-Orl-RBD-GJK |
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>    Plaintiff,<br> v.<br>TECHNICAL CONSUMER PRODUCTS, INC.,<br><br>    Defendant. | Case No. 6:16-cv-1255-Orl-RBD-GJK |

## STATUS REPORT

Plaintiff and Defendants in the above-captioned cases provide notice, pursuant to this Court's Order staying this litigation (Dkt. Nos. 98 and 62, respectively, as listed in the above caption), of the status of the pending appeal.

Following remand by the United States Court of Appeals for the Federal Circuit, the Patent Trial and Appeal Board ("PTAB") has issued its Final Written Decision as to the remaining claims of the '968 patent (all the other asserted claims having been invalidated by earlier rulings by the Federal Circuit and the PTAB). In its most recent ruling, a copy of which is attached, the PTAB has found the remaining claims unpatentable.

Certain parties had previously engaged in settlement discussions and do not, at this time, request assistance from the Court to facilitate any such discussions.

Dated: June 28, 2021

<div style="display: flex;">
<div>

**Counsel for Plaintiff**
**Lighting Science Group Corporation**

/s/ *Mark Warzecha*
Mark F. Warzecha Florida
Bar No. 0095779
WIDERMAN MALEK
1990 West New Haven Avenue
Second Floor
Melbourne, Florida 32904
(321) 255-2332 - Phone
(321) 255-2351 - Facsimile
mfw@uslegalteam.com

</div>
<div>

**Counsel for Defendant Nicor, Inc.**

*/s/ Richard Krukar*
Richard Krukar (*pro hac vice*)
LOZA & LOZA, LLP
5901 Indian School Rd. NE
Albuquerque, NM 87110
Tel: (505) 314-1270
richard.krukar@lozaip.com

Alberto A. Leon (Of Counsel)
FL Bar No. 0169870
LAW OFFICE OF STEWART A. MERKIN, P.A.
174 N.E. 96th Street
Miami, FL 33138
Tel: (305) 357-5556

</div>
</div>

**Counsel for Defendant Technical Consumer Products, Inc.**

*/s/ Stacie R. Hartman*
Stacie R. Hartman (*pro hac vice*)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
Tel: (312) 577-1258
shartman@Steptoe.com

James S. Toscano
Florida Bar No. 899909
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802-2809
Tel: (407) 843-4600

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 28, 2021, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.