# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORPORATION,<br><br>              Plaintiff,<br>v.<br><br>NICOR, INC.,<br><br>              Defendant. | Case No.:   6:16-cv-413-GKS-DAB |

## JOINT MOTION TO REOPEN CASE
## AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby request this Court reopen the instant case and subsequently dismiss same.

As the parties reported in their most recent Status Report filed on June 28, 2021 (Dkt. No. 139), the Patent Trial and Appeal Board ("PTAB") issued its Final Written Decision as to the remaining claims of the '968 patent (all the other asserted claims having been invalidated by earlier rulings by the Federal Circuit and the PTAB), which Final Written Decision finds such remaining claims in this case unpatentable.  In light of the foregoing, the parties respectfully submit that the substance of the above-captioned case has now been fully adjudicated, and the most efficient way to proceed may be to re-open the case so it may be dismissed with prejudice.  The parties' Stipulation of Dismissal With Prejudice is attached hereto.

WHEREFORE, the parties jointly respectfully request that the case be reopened and subsequently dismissed with prejudice, with each party to bear its own costs and fees, pursuant to

the Stipulation of Dismissal With Prejudice.

Dated: July 27, 2021

| **Counsel for Plaintiff** <br> **Lighting Science Group Corporation** | **Counsel for Defendant Nicor, Inc.** |
|---|---|
| /s/ *Mark Warzecha* <br> Mark F. Warzecha Florida <br> Bar No. 0095779 <br> WIDERMAN MALEK <br> 1990 West New Haven Avenue <br> Second Floor <br> Melbourne, Florida 32904 <br> (321) 255-2332 - Phone <br> (321) 255-2351 - Facsimile <br> mfw@uslegalteam.com | /s/ *Richard Krukar* <br> Richard Krukar (*pro hac vice*) <br> LOZA & LOZA, LLP <br> 5901 Indian School Rd. NE <br> Albuquerque, NM 87110 <br> Tel: (505) 314-1270 <br> richard.krukar@lozaip.com <br><br> Alberto A. Leon (Of Counsel) <br> FL Bar No. 0169870 <br> LAW OFFICE OF STEWART A. MERKIN, P.A. <br> 174 N.E. 96th Street <br> Miami, FL 33138 <br> Tel: (305) 357-5556 |

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this July 27, 2021, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

                                                      /s/ *Mark F. Warzecha* <br>
                                                      Mark F. Warzecha, Esq.